### 13974. Griggs *v.* The State.

Bloodworth, J. The motion for a new trial in this case contains the general grounds only. The evidence amply authorized the verdict, which has the approval of the trial judge, no error of law appears, and the judgment is  *Affirmed. Broyles, C. J., and Luke, J., concur.*
     Decided December 12, 1922.

Indictment for possessing liquor; from Jasper superior court — Judge Park. September 11, 1922.

*Greene F. Johnson,* for plaintiff in error.

*Doyle Campbell, solicitor-general, A. Y. Clement,* contra.

---

### 13989. Hendrix *v.* The State.

Bloodworth, J. The motion for a new trial is based upon the general grounds only. The evidence amply supported the verdict, which has the approval of the trial judge.

   *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
     Decided December 12, 1922.

Accusation of carrying pistol; from city court of Metter — Judge Lanier. September 20, 1922.

*Kirkland & Kirkland,* for plaintiff in error.

*C. W. Turner, solicitor,* contra.